# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PAUL OPENA EVARISTO, | CIVIL CASE NO. 16-00024 |
| Plaintiff, | |
| vs. | **ORDER** |
| SOCIAL SECURITY, | |
| Defendant. | |

On February 14, 2017, the court granted Plaintiff's motion for an extension of time and gave Plaintiff until February 28, 2017 to file his amended complaint. *See* ECF No. 7. Further, the court gave notice to Plaintiff that failure to timely comply with the court order shall result in the dismissal of the case. *Id.* Given that Plaintiff has failed to comply with the court order, the above-captioned matter is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 03, 2017**

1